Jacob A. Shahbaz, Esq. (SBN 204669)
SHAHBAZ LAW GROUP, APC
15760 Ventura Boulevard, Suite 860
Encino, California 91436
Telephone No. (818) 510-0091
Facsimile No. (818) 305-6222
Email: jacob@shahbazlaw.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EGAL SHAHBAZ<br><br>Plaintiff,<br><br>v.<br><br>DOMINOS IP HOLDER, LLC; and DOES 1-10<br><br>Defendants. | Case No. 2:19-cv-05369-RGK-RAO<br><br>Hon. R. Gary Klausner<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:    05/23/2019<br>Trial Date:       None Set |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Egal Shahbaz, and Defendant Dominos IP Holder LLC, et al., by and through undersigned counsel, hereby stipulate that the above-captioned action is voluntarily dismissed with prejudice in its entirety. Each party shall bear their own attorneys' fees and costs incurred herein.

Dated: March 19, 2020

SHAHBAZ LAW GROUP, APC

By      /s/ Jacob A. Shahbaz
JACOB A. SHAHBAZ
Attorneys for Plaintiff, Egal Shahbaz

Dated: March 19, 2020

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      /s/ Gregory F. Hurley
GREGORY F. HURLEY
Attorneys for Defendants,
DOMINOS IP HOLDER LLC